Case 2:19-mj-03857 Document 1 Filed on 10/04/19 in TXSD Page 1 of 2

United States Courts
Southern District of Texas
FILED

OCT 04 2019

David J. Bradley, Clerk of Court

AO91 (Rev. 12/03) Criminal Complaint

# UNITED STATES DISTRICT COURT

Southern District Of Texas Corpus Christi Division

**UNITED STATES OF AMERICA**
vs.

Isaac RUIZ-Ramirez

**CRIMINAL COMPLAINT**

Case Number: C-19-3857m

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about **October 03, 2019** in **Brooks** County, in the **Southern District Of Texas** defendant(s)

Isaac RUIZ-Ramirez, a native and citizen of Mexico, and an alien who had been previously deported from the United States was found unlawfully within the United States in Falfurrias, Texas, the said defendant having not obtained the consent of the Attorney General or the Secretary of the Department of Homeland Security for application for readmission into the United States,

in violation of Title **8** United States Code, Section(s) **1326(a)(1)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

On October 03, 2019, Border Patrol Agents encountered Isaac RUIZ-Ramirez, attempting to circumvent the United States Border Patrol Checkpoint near Falfurrias, Texas. Agents determined Isaac RUIZ-Ramirez to be a citizen and national of Mexico without any immigration documents that would allow him to enter or remain in the United States legally. Record checks revealed Isaac RUIZ-Ramirez was ordered removed from the United States by a designated official on September 21, 2019 and was physically removed from the United States to Mexico on September 22, 2019 via Hidalgo, Texas. Isaac RUIZ-Ramirez stated he last entered the United States illegally on or about September 26, 2019 near Brownsville, Texas.

I DECLARE UNDER PENALTY OF PERJURY THAT THE STATEMENTS IN THIS COMPLAINT ARE TRUE AND CORRECT.

Continued on the attached sheet and made a part of this complaint: ☒ Yes ☐ No

Signature of Complainant

Jewell, James    Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on

October 04, 2019                                                     at    Corpus Christi, Texas
Date                                                                              City/State

Jason B. Libby            U.S. Magistrate Judge
Name of Judge              Title of Judge                                  Signature of Judge

United States Courts
Southern District of Texas
FILED

OCT 0 4 2019

David J. Bradley, Clerk of Court

## AFFIDAVIT
In support of Criminal Complaint

**UNITED STATES OF AMERICA**
V.
Isaac RUIZ-Ramirez

**CRIMINAL COMPLAINT**

Case Number: C-19-3857M

At this time, there is no evidence to indicate Isaac RUIZ-Ramirez has applied for re-admission into the United States by the United States Attorney General or the Secretary of the Department of Homeland Security. RGV North Prosecutions presented the facts to AUSA Julie Hampton who accepted prosecution for 8 USC 1326, Re-entry after Deportation.

Submitted by reliable electronic means, sworn to, signature attested telephonically per Fed.R.Crim.P.4.1, and probable cause found on _4th_ day of October, 2019

_Jason Libby_
Signature of Judicial Officer

Jewell, James  Border Patrol Agent
Signature of Complainant