UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CASE NO. C-19-3857-M |
| ISAAC RUIZ-RAMIREZ | § | |

## MOTION TO DISMISS CRIMINAL COMPLAINT

COMES NOW the United States of America, by and through Ryan K. Patrick, United States Attorney, and Yifei Zheng, Assistant United States Attorney, in and for the Southern District of Texas, and moves this Honorable Court to dismiss the Criminal Complaint in the above referenced case as to ISAAC RUIZ-RAMIREZ, without prejudice, and in the interest of justice.

Respectfully submitted,

RYAN K. PATRICK
UNITED STATES ATTORNEY

By:   *s/ Yifei Zheng*
YIFEI ZHENG
Assistant United States Attorney
Southern District of Texas No: 3328108
New York State Bar No: 5424957
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Tel. (361) 888-3111
Fax (361) 888-3200