United States District Court
Southern District of Texas
**ENTERED**
October 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

CORPUS CHRISTI DIVISION

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | CASE NO. C-19-3857-M |
| | § | |
| ISAAC RUIZ-RAMIREZ | § | |

## ORDER DISMISSING CRIMINAL COMPLAINT

It is hereby ORDERED that the above-entitled and numbered Criminal Complaint be **DISMISSED**, as to the above named Defendant, without prejudice.

It is further ORDERED that the Clerk of the United States District Court deliver a certified copy of this Order to the United States Marshal for the Southern District of Texas.

DONE on this 22 day of October, 2019.

UNITED STATES MAGISTRATE JUDGE
Jason B. Libby
United States Magistrate Judge